# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **HEALTHNESS LLC,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. WA-22-CV-870-KC |
| **UNDER ARMOUR INC.,** | § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court considered Plaintiff Healthness LLC's Notice of Voluntary Dismissal with Prejudice, ECF No. 14, filed on December 6, 2022, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 8th day of December, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE